In the Matter of the Claim of MARYANNA BURAK et al., Respondents, against LOCKPORT LIGHT AND HEAT CORPORATION et al., Appellants.

THE STATE INDUSTRIAL BOARD, Respondent.

(Argued March 26, 1931; decided April 14, 1931.)

*Esmond D. Murphy* for appellant.

*John J. Bennett, Jr., Attorney-General (E. C. Aiken* of counsel), for respondent.

Order of the Appellate Division and award of the State Industrial Board modified by deducting from the death benefits awarded to the widow the sum of $282.60 and from the death benefits awarded to the child the sum of $84.20 and as so modified affirmed, without costs; no opinion.

Concur: CARDOZO, Ch. J., POUND, CRANE, LEHMAN, KELLOGG, O'BRIEN and HUBBS, JJ.